# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **KELSEY HERRICK,** *individually and on behalf of her minor children A.B. and C.B.,* | )<br>)<br>)<br>) |
| **PLAINTIFF** | )    **CIVIL NO. 2:19-CV-397-DBH** |
| v. | )<br>)<br>) |
| **MELISSA MONTEJANO, ET AL.,** | )<br>) |
| **DEFENDANTS** | ) |

## ORDER ON MOTIONS TO STAY PROCEEDINGS

The motions to stay proceedings are **GRANTED**. In her motion to remand (joined by the plaintiff and other defendants except Montejano), the defendant Demers has raised a substantial question about this Court's subject matter jurisdiction over the removed Complaint. I therefore **STAY** all proceedings until the motion to remand is resolved. Briefing shall continue on the motion to remand. I understand that the defendant Montejano would prefer that briefing proceed simultaneously on her motion to dismiss or for judgment on the pleadings. But unless I first determine that this federal court has subject matter jurisdiction, I will not reach those issues.

**SO ORDERED.**

**DATED THIS 1ST DAY OF OCTOBER, 2019**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**